UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 10649         C.A. NO.

RICHARD MONAHAN,

    Plaintiff

v.

TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,

    Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURTS:

Please enter our appearance for Defendants Town of Salisbury and Salisbury Conservation Commission.

DEFENDANTS,

TOWN OF SALISBURY AND SALISBURY CONSERVATION COMMISSION,

By their attorneys,

_____
Kathleen E. Connolly (BBO# 558706)
John J. Goldrosen (BBO# 634434)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 4-1-05

247762/SALI/0001