UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.

05CV10649-WGY

RICHARD MONAHAN,

Plaintiff

v.

TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,

Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURTS:

Please enter our appearance for Defendants Town of Salisbury and Salisbury Conservation Commission.

DEFENDANTS,

TOWN OF SALISBURY AND SALISBURY CONSERVATION COMMISSION,

By their attorneys,

Kathleen E. Connolly (BBO# 558706)
John J. Goldrosen (BBO# 634434)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

247762/SALI/0001