UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MONAHAN )<br>    Plaintiff )<br>v. )<br> )<br>TOWN OF SALISBURY, and RICHARD )<br>A. WHALEY, IORA ALEXANDER, )<br>KEVIN AVERY, PATRICIA FOWLER )<br>DAVID HOLSCHER, THOMAS HUGHES )<br>And JANE PURINTON, as they are the )<br>CONSERVATION COMMISSION OF )<br>THE TOWN OF SALISBURY )<br>    Defendants )<br> ) | Civil Action No. 05-10649WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeremy Blackowicz, Esq. from the firm of Hinckley, Allen & Snyder, LLP, 28 State Street, Boston, Massachusetts 02109 as attorney for Richard Monahan in this action.

Dated: May 2, 2005

                                                                               /s/ Jeremy Blackowicz
                                                      Doreen M. Zankowski, Esq. (BBO #558381)
                                                      Jeremy Blackowicz, Esq. (BBO #650945)
                                                      Hinckley, Allen & Snyder, LLP
                                                      28 State Street
                                                      Boston, MA 02109-1775
                                                      (617) 345-9000

## CERTIFICATE OF SERVICE

I, Jeremy Blackowicz, certify that on this date I served a copy of the foregoing Notice of Appearance on all counsel of record via electronically.

                                                  /s/ Jeremy Blackowicz