AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF [ ]

## SUMMONS IN A CIVIL ACTION

Richard Monahan

V.

CASE NUMBER: 05-10649WGY

Town of Salisbury, and Richard
A. Whaley, Iora Alexander, Kevin Avery,
Patricia Fowler, David Holscher, Thomas Hughes
and Jane Purinton, as they are the
Conservation Commission of the Town of
Salisbury

TO: (Name and Address of Defendant) The Conservation Commission of the Town of Salisbury, 5 Beach Road, Salisbury, MA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Doreen M. Zankowski, Esq.
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109
(617) 378-4222

an answer to the complaint which is herewith served upon you, within ___22___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



SARAH A. THORNTON

CLERK

BY DEPUTY CLERK

May 24, 2005

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | MAY 24, 2005 |
| NAME OF SERVER | TITLE |
| TIMOTHY MCGONIGAL | CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 5 BEACH ROAD, SALISBURY, MA TO MS. LISA PEARSON, AGENT FOR CONSERVATION COMMISSION.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $56. | $25. | $81. |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 24, 2005         *(signature)*
             Date                   Signature of Server

357 CAMBRIDGE STREET, CAMBRIDGE, MA   02141
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.