UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 1:05-cv-10649-WGY

| | |
|---|---|
| RICHARD MONAHAN,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,<br><br>    Defendants | ASSENTED TO MOTION<br>TO ENLARGE TIME TO<br>RESPOND TO COMPLAINT |

Now come the defendants, with the assent of the plaintiff, and pursuant to Fed.R.Civ.P. 6, hereby move that the Court to enlarge the time for the filing of the defendants' response to the Complaint until July15, 2005.

MEMORANDUM OF REASONS

As grounds for their Motion to Enlarge Time to Respond to the Complaint, the defendants state that the additional time requested is required to permit the parties time to explore whether they can reach alternative resolution of the dispute underlying complaint by agreement. Permitting the parties the opportunity to attempt to resolve the litigation by agreement serves the interests of preserving judicial resources, as well as the resources of the parties themselves.

WHEREFORE, the defendants, with the assent of the plaintiff, respectfully request that this Court allow their Motion to Enlarge Time to Respond to Complaint, up to and including July 15, 2005.

ASSENTED TO:

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| RICHARD MONAHAN, | TOWN OF SALISBURY, SALISBURY CONSERVATION COMMISSION, |
| By his attorney, | By their attorneys, |
| __/s/_____<br>Doreen M. Zankowski (BBO# 558381)<br>Hinckley, Allen and Snyder, LLP<br>28 State Street<br>29th Fl.<br>Boston, MA 02109-1775<br>617-345-9000 | __/s/_____<br>Kathleen E. Connolly (BBO# 558706)<br>Katharine Goree Doyle (BBO# 634131)<br>John J. Goldrosen (BBO# 634434)<br>Kopelman and Paige, P.C.<br> Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

251354/Sali/0147