UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MONAHAN )<br>    Plaintiff )<br>v. )<br>   )<br>TOWN OF SALISBURY, and RICHARD )<br>A. WHALEY, IORA ALEXANDER, )<br>KEVIN AVERY, PATRICIA FOWLER )<br>DAVID HOLSCHER, THOMAS HUGHES )<br>And JANE PURINTON, as they are the )<br>CONSERVATION COMMISSION OF )<br>THE TOWN OF SALISBURY )<br>    Defendants )<br>   ) | Civil Action No. 05-10649WGY |

## RICHARD MONAHAN'S CERTIFICATION

The undersigned hereby certifies that, pursuant to Local Rule 16.1(D)(3), Richard Monahan and his undersigned counsel have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation. In addition, Richard Monahan has conferred with his undersigned counsel to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 – mini-trial; summary jury trial; and mediation.

                                                      /s/ Doreen M. Zankowski
                                      Doreen M. Zankowski, BBO #558381
                                      Jeremy Blackowicz, BBO #650945
                                      Hinckley, Allen & Snyder, LLP
                                      28 State Street
                                      Boston, MA 02109
                                      (617)345-9000

DATED: September 15, 2005.

#544014