UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

| | |
|---|---|
| RICHARD MONAHAN,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,<br><br>    Defendants | LOCAL RULE 16.1<br>CERTIFICATE OF DEFENDANT<br><u>DAVIS HOLSCHER</u> |

    Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and party hereby certify that they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(f)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

| DEFENDANT, | COUNSEL TO DEFENDANT, |
|---|---|
| DAVID HOLSCHER, | |
| _/s/ David Holscher_<br>David Holscher | _/s/ Katherine Doyle_<br>Kathleen E. Connolly (BBO# 558706)<br>Katharine Goree Doyle (BBO# 634131)<br>Kopelman and Paige, P.C.<br> Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

258379/Sali/0147