UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

RICHARD MONAHAN,

    Plaintiff

v.

TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,

    Defendants

JOINT SCHEDULING STATEMENT

The parties have conferred and submit the following Joint Statement pursuant to Fed. R. Civ. P. Rule 26(f) and Rule 16.1(D) of the Local Rules and in anticipation of the status conference scheduled for this case on September 19, 2005. The parties expressly reserve the right to modify or amend their statements as applicable, after discovery is completed.

I.    PROPOSED AGENDA

The parties propose that the matters to be discussed at the status conference on September 19, 2005 will include, but will not be limited to, setting a schedule for discovery and the filing of pre-trial motions.

II.    PROPOSED JOINT DISCOVERY PLAN

The parties have reached agreement on the following pre-trial schedule:

    a.    All written discovery shall be completed by February 1, 2006;

    b.    All fact depositions will be completed by March 31, 2006;

    c.    Plaintiff's Expert Witness Reports will be provided by May 12, 2006;

    d.    Defendants' Expert Witness Reports will be provided by June 16, 2006;

    e.    Conclusion of Expert Depositions will be completed by July 28, 2006;

    f.    Filing of dispositive motions will be completed by August 31, 2006;

    g.    Opposition for dispositive motions will be completed by September 30, 2006; and

    h.    Reply brief for dispositive motions will be completed by October 16, 2006

III.    **CERTIFICATIONS SIGNED BY COUNSEL AND BY THE PARTIES**

The parties will file the certifications required by Local Rule 16.1(D)(3) separately with the Court.

IV.    **PLAINTIFF'S SETTLEMENT PROPOSAL**

Monahan will present its settlement proposal to Defendant on or before September 30, 2005.

V.    **TRIAL BY MAGISTRATE JUDGE**

The Plaintiff consents to a trial before a Magistrate Judge.

VI.    **ALTERNATIVE DISPUTE RESOLUTION**

The parties will make diligent efforts at the appropriate time to come to an agreement on the various alternative dispute resolution procedures set forth in Local Rule 16.4. Plaintiff is not averse to submitting this matter to alternative dispute resolution.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| RICHARD MONAHAN, | TOWN OF SALISBURY and the CONSERVATION COMMISSION |
| By his attorney, | By their attorneys, |
| *Doreen M. Zankowski (/ant)* | *Katharine Goree Doyle (/cmt)* |
| Doreen M. Zankowski (BBO#558381) | Kathleen E. Connolly (BBO# 558706) |
| Jeremy Blackowicz (BBO#650945) | Katharine Goree Doyle (BBO# 634131) |
| Hinckley, Allen & Snyder, LLP | Kopelman and Paige, P.C. |
| 28 State Street | Town Counsel |
| Boston, MA 02109 | 31 St. James Avenue |
| (617) 345-9000 | Boston, MA 02116 |
| | (617) 556-0007 |

258368/Sali/0147

2