UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MONAHAN )<br>    Plaintiff )<br>v. )<br> )<br>TOWN OF SALISBURY, and RICHARD )<br>A. WHALEY, IORA ALEXANDER, )<br>KEVIN AVERY, PATRICIA FOWLER )<br>DAVID HOLSCHER, THOMAS HUGHES )<br>And JANE PURINTON, as they are the )<br>CONSERVATION COMMISSION OF )<br>THE TOWN OF SALISBURY )<br>    Defendants )<br> ) | Civil Action No. 05-10649WGY |

**REVISED JOINT STATEMENT**

The parties have conferred and submit the following Joint Statement pursuant to Fed. R. Civ. P. Rule 26(f) and Rule 16.1(D) of the Local Rules and in accordance with the proceedings of the status conference that occurred in this case on September 19, 2005. The Parties expressly reserve the right to modify or amend their statements as applicable, after discovery is completed.

I.   Proposed Agenda

The parties propose that the matters to be discussed at the status conference on September 19, 2005 will include, but will not be limited to, setting a schedule for discovery and the filing of pre-trial motions.

II.   Proposed Joint Discovery Plan

The parties have reached agreement on the following pre-trial schedule:

| | |
|---|---|
| Conclusion of written discovery: | December 1, 2005 |
| Conclusion of all fact depositions: | December 30, 2005 |
| Plaintiff's and Defendant's Expert Witness Reports: | January 16, 2006 |

546305                                1

| | |
|---|---|
| Plaintiff's and Defendant's Expert Witness Rebuttal Reports: | January 30, 2006 |
| Conclusion of Expert Depositions: | February 10, 2006 |
| Filing of dispositive motions: | February 27, 2006 |
| Opposition for dispositive motions: | March 20, 2006 |
| Reply brief for dispositive motions: | March 27, 2006 |
| Hearing on dispositive motions: | April 3, 2006 |
| Trial: | June 2006 |

III. <u>Certifications Signed by Counsel and by the Parties</u>

The parties will file the certifications required by Local Rule 16.1(D)(3) separately with the court.

IV. <u>Plaintiff's Settlement Proposal</u>

Monahan has presented its settlement proposal to Defendants.

V. <u>Trial by Magistrate Judge</u>

The Plaintiff consents to trial by Magistrate Judge.

VII. <u>Alternative Dispute Resolution</u>

The parties will make diligent efforts at the appropriate time to come to an agreement on the various alternative dispute resolution procedures set forth in Local Rule 16.4. Plaintiff is not averse to submitting this matter to alternative dispute resolution.

| | |
|---|---|
| PLAINTIFF RICHARD MONAHAN | DEFENDANT TOWN OF SALISBURY and the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY |
| By his attorneys, | By their attorneys, |
| /s/ Doreen M. Zankowski | /s/ Katharine Goree Doyle |
| Doreen M. Zankowski, BBO #558381 | Kathleen E. Connelly, BBO #558706 |
| Jeremy Blackowicz, BBO #650945 | Katharine Goree Doyle, BBO #634131 |
| HINCKLEY, ALLEN & SNYDER, LLP | KOPELMAN & PAIGE, P.C. |
| 28 State Street | 31 St. James Avenue |
| Boston, MA 02109 | Boston, MA 02116 |
| (617) 345-9000 | (617) 556-0007 |

Dated: October 5, 2005