## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MONAHAN )<br>　　Plaintiff )<br>v. )<br>　　)<br>TOWN OF SALISBURY, and RICHARD )<br>A. WHALEY, IORA ALEXANDER, )<br>KEVIN AVERY, PATRICIA FOWLER )<br>DAVID HOLSCHER, THOMAS HUGHES )<br>And JANE PURINTON, as they are the )<br>CONSERVATION COMMISSION OF )<br>THE TOWN OF SALISBURY )<br>　　Defendants )<br>　　) | Civil Action No. 05-10649WGY *as modified*<br>　　YOUNG, D.J.<br>　　So ordered as the case management<br>　　scheduling order. *Feb 10, 2006*<br>　　Discovery due _____<br>　　Dispositive Motions due *Feb 27, 2006*<br><br>　　*William A. Young*<br>　　U.S. District Judge<br>　　*Oct. 5, 2005* |

## REVISED JOINT STATEMENT

The parties have conferred and submit the following Joint Statement pursuant to Fed. R.

Civ. P. Rule 26(f) and Rule 16.1(D) of the Local Rules and in accordance with the proceedings

of the status conference that occurred in this case on September 19, 2005. The Parties expressly

reserve the right to modify or amend their statements as applicable, after discovery is completed.

I.　　Proposed Agenda

　　The parties propose that the matters to be discussed at the status conference on

September 19, 2005 will include, but will not be limited to, setting a schedule for discovery and

the filing of pre-trial motions.

II.　　Proposed Joint Discovery Plan

　　The parties have reached agreement on the following pre-trial schedule:

| | |
|---|---|
| Conclusion of written discovery: | December 1, 2005 |
| Conclusion of all fact depositions: | December 30, 2005 |
| Plaintiff's and Defendant's Expert Witness Reports: | January 16, 2006 |

546305　　　　　　　　　　　　1

Case 1:05-cv-10649-WGY     Document 20     Filed 10/05/2005     Page 2 of 3

Plaintiff's and Defendant's Expert Witness Rebuttal Reports:          January 30, 2006

Conclusion of Expert Depositions:          February 10, 2006

Filing of dispositive motions:          February 27, 2006

Opposition for dispositive motions:          March 20, 2006

Reply brief for dispositive motions:          March 27, 2006

Hearing on dispositive motions:          April 3, 2006

Trial:          June 2006

III.     Certifications Signed by Counsel and by the Parties

     The parties will file the certifications required by Local Rule 16.1(D)(3) separately with the court.

IV.     Plaintiff's Settlement Proposal

     Monahan has presented its settlement proposal to Defendants.

V.     Trial by Magistrate Judge

     The Plaintiff consents to trial by Magistrate Judge.

VII.     Alternative Dispute Resolution

     *The parties will make diligent efforts at the appropriate time to come to an agreement on* the various alternative dispute resolution procedures set forth in Local Rule 16.4. Plaintiff is not averse to submitting this matter to alternative dispute resolution.

PLAINTIFF RICHARD MONAHAN

By his attorneys,

DEFENDANT TOWN OF SALISBURY and the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY

By their attorneys,

/s/ Doreen M. Zankowski
Doreen M. Zankowski, BBO #558381
Jeremy Blackowicz, BBO #650945
HINCKLEY, ALLEN & SNYDER, LLP
28 State Street
Boston, MA 02109
(617) 345-9000

/s/ Katharine Goree Doyle
Kathleen E. Connelly, BBO #558706
Katharine Goree Doyle, BBO #634131
KOPELMAN & PAIGE, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Dated: October 5, 2005