UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 1:05-cv-10649-WGY

| | |
|---|---|
| RICHARD MONAHAN,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,<br><br>    Defendants | PARTIAL MOTION<br>FOR JUDGMENT ON<br>THE PLEADINGS |

Now come the defendants pursuant to Fed. R. Civ. P.12(c) and hereby move that the Court enter judgment on the pleadings on Counts 1 through 5 of the Complaint.

As grounds therefor, the defendants state that the plaintiff has failed to state a claim in Counts 1 through 5 of the Complaint upon which relief could be granted by this Court and therefore request that judgment on the pleadings on the claims asserted therein.

WHEREFORE, the defendants respectfully request that this Court enter judgment on the pleadings in their favor on Counts 1 through 5 of the Complaint.

DEFENDANTS,

TOWN OF SALISBURY, SALISBURY CONSERVATION COMMISSION,

By their attorneys,

Kathleen E. Connolly (BBO# 558706)
Katharine Goree Doyle (BBO# 634131)
John J. Goldrosen (BBO# 634434)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

261178/Sali/0147