UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

RICHARD MONAHAN,

    Plaintiff

v.

TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,

    Defendants

LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL ON DEFENDANTS' PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS

Now comes the undersigned defense counsel, and hereby certifies she conferred, via letter dated August 9, 2005, conversations over the telephone and in person with counsel for the plaintiff, as well as an email, in a good faith effort to resolve or narrow the issues set forth in Defendants' Partial Motion for Judgment on the Pleadings, but could not resolve the issues therein prior to the time of filing.

DEFENDANTS,

*/s/ Kathleen E. Connolly*
Kathleen E. Connolly (BBO# 558706)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

264483/Sali/0147