UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

RICHARD MONAHAN,

    Plaintiff

v.

TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,

    Defendants

LOCAL RULE 7.1
CERTIFICATE OF CONFERRAL

Now comes the undersigned defense counsel, and hereby certifies she conferred with the plaintiff's counsel of record in a good faith effort to resolve or narrow the issues set forth in the Motions to Continue the Mediation Session, but in a letter dated November 1, 2005, plaintiff's counsel indicated that she would be unable to assent to the motion.

DEFENDANTS,

_/s/ Katharine Doyle_
Kathleen E. Connolly (BBO# 558706)
Katharine Goree Doyle (BBO# 634131)
John J. Goldrosen (BBO# 634434)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

265060/Sali/0147

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 11/3/05
_KGD_