UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

RICHARD MONAHAN,

    Plaintiff

v.

TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,

    Defendants

DEFENDANTS' MOTION TO CONTINUE MEDIATION SESSION

Now come the defendants in the above-captioned matter and move to continue the mediation session scheduled for November 14, 2005.

MEMORANDUM OF REASONS

As grounds therefor, defense counsel states that defense counsel, who is the trial attorney for this matter, has a trial commencing in Brockton division of Plymouth Superior Court on November 14, 2005 in the matter of Hoadley, et al. v. Manzella, et al., Plymouth Superior Court, C.A. No. 2000-00056A. See Exhibit A, Affidavit of Katharine Doyle. Defense counsel contacted the Plymouth Superior Court clerk in an attempt to ascertain whether the trial would be continued, but was advised that such information will not be known until shortly before trial. Until that time, defense counsel was to assume that the trial would be commencing on November 14, 2005.

The defendants therefore request that the mediation session be rescheduled to another date. The defendants have filed a Motion for Judgment on the Pleadings on five out of six counts of the complaint in this matter, and suggest that any mediation session be scheduled after a ruling on the Motion for Judgment on the Pleadings.

WHEREFORE, the defendants respectfully request that the mediation session in the above-captioned matter be continued.

DEFENDANTS,

*Katharine Doyle*
Kathleen E. Connolly (BBO# 558706)
Katharine Goree Doyle (BBO# 634131)
John J. Goldrosen (BBO# 634434)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

265549/Sali/0147

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 11/3/05
*Doyle*

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

| | |
|---|---|
| RICHARD MONAHAN,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,<br><br>    Defendants | AFFIDAVIT OF<br><u>KATHARINE DOYLE</u> |

I, Katharine Doyle, do hereby state under oath and upon my personal knowledge:

1.      I am an attorney admitted to practice in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2.      I am an associate with the law firm Kopelman and Paige, P.C., and am assigned to the above-captioned matter as trial attorney.

3.      I am also the trial attorney for a matter entitled <u>Hoadley, et al.</u> v. <u>Manzella, et al.</u>, Plymouth Superior Court, C.A. No. 2000-00056A. I have received notice that a trial in this matter has been scheduled for November 14, 2005, the same date that mediation was schedule in the above-captioned matter.

4.      I conferred with plaintiff's counsel regarding continuing the mediation session, and, at her request, telephoned the Superior Court Clerk's Office to find out if the trial would be

continued to another date. I was informed that it was too early for the Court to know if the trial would be continued.

5.   In a previous conversation with David Biggs, the sessions clerk for the <u>Hoadley</u> case, I was advised that as the case was five years old and has already been continued, the Court considered it a high priority for the trial calendar. I therefore believe it is highly likely that the trial will go forward as scheduled.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS THIRD DAY OF NOVEMBER, 2005.

*Kathleen Doyle* (signature)
Kathleen E. Connolly (BBO# 558706)
Katharine Goree Doyle (BBO# 634131)
John J. Goldrosen (BBO# 634434)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

265550/Sali/0147

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 11/3/05