UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

| | |
|---|---|
| RICHARD MONAHAN,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,<br><br>    Defendants | LOCAL RULE 7.1<br>CERTIFICATE OF CONFERRAL |

Now comes the undersigned defense counsel, and hereby certifies she conferred by email with the plaintiff's counsel of record in a good faith effort to resolve or narrow the issues set forth in the Defendants' Motion For Leave To File Additional Papers In Support Of Their Partial Motion For Judgment On The Pleadings Pursuant To Local Rule 7.1(B)(3) on November 29, 2005, but did not receive a response prior to the filing of the motion.

DEFENDANTS,

/s/Katharine Goree Doyle
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

267642/Sali/0147