UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

RICHARD MONAHAN,

       Plaintiff

v.

TOWN OF SALISBURY, and RICHARD A.
WHALEY, IORA ALEXANDER, KEVIN
AVERY, PATRICIA FOWLER, DAVID
HOLSCHER, THOMAS HUGHES, and JANE
PURINTON, as they are the
CONSERVATION COMMISSION OF THE
TOWN OF SALISBURY,

       Defendants

DEFENDANTS' MOTION
FOR LEAVE TO FILE ADDITIONAL
PAPERS IN SUPPORT OF THEIR
PARTIAL MOTION FOR
JUDGMENT ON THE PLEADINGS
PURSUANT TO LOCAL RULE
7.1(B)(3)

Now come the defendants and hereby move pursuant to Local Rule 7.1(B)(3) for leave to

file additional papers in support of their Partial Motion for Judgment on the Pleadings.

Specifically, the defendants wish to submit a reply to the plaintiff's arguement that his certiorari

appeal pursuant to G.L. c.249 §4 should not be dismissed as untimely because the "mailbox" rule

should apply to the statute of limitations set forth in G.L. c.249 §4.

As grounds therefor, the defendants state in a decision issued one year after the Superior

Court decision on which the plaintiff relies for such proposition, the Massachusetts Appeals

Court clearly rejected the proposition set forth in plaintiff's Opposition that the sixty day time

limit in G.L. c.249 §4 should be calculated from the date of receipt of the decision from which

the plaintiff appeals.  Committee for Pub. Counsel Servs. v. Lookner, 47 Mass. App. Ct. 833,

837 (1999).  Furthermore, a previous decision of the Stefanick v. Planning Bd. of Uxbridge, 39

Mass. App. Ct. 418, 424-425 (1995) established that the receipt of notice was not necessary to commence the sixty day time limit for filing an appeal pursuant to G.L. c.249 §4.

The defendants wish to bring these Massachusetts appellate decisions to the attention of the Court for its consideration of the Defendants' Partial Motion for Judgment on the Pleadings, particularly with respect to Counts 1-3.

WHEREFORE, the defendants respectfully request that this Court grant their motion to submit additional papers in support of their Partial Motion for Judgment on the Pleadings Pursuant to Local Rule 7.1(B)(3).

DEFENDANTS,

By their attorneys,

/s/Katharine Goree Doyle
Kathleen E. Connolly (BBO# 558706)
Katharine Goree Doyle (BBO# 634131)
John J. Goldrosen (BBO# 634434)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

267474/Sali/0147

2