UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MONAHAN<br>    Plaintiff<br>v.<br><br>TOWN OF SALISBURY, and RICHARD<br>A. WHALEY, IORA ALEXANDER,<br>KEVIN AVERY, PATRICIA FOWLER<br>DAVID HOLSCHER, THOMAS HUGHES<br>And JANE PURINTON, as they are the<br>CONSERVATION COMMISSION OF<br>THE TOWN OF SALISBURY<br>    Defendants | Civil Action No. 05-10649WGY |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY

Plaintiff Richard Monahan ("Monahan"), by counsel, respectfully submits this Memorandum in Opposition to the motion submitted by Defendants' Motion for Leave to File a Reply to Plaintiff's Opposition to Defendant's Motion for Partial Judgment on the Pleadings ("Motion for Leave") on the grounds that Defendants have failed to present any compelling argument as to why they should be allowed to augment, and reply to Defendant's Opposition. Defendants' had ample notice of this Court's October 29, 2005 Order, sent electronically to two attorneys for Defendants, which set forth the briefing schedule. Defendants further had the opportunity to timely present any reply brief by the November 16, 2005 deadline set forth by the Court. Defendants' have simply failed to abide by this Court's notice and have failed to present any evidence as to why the briefing schedule could not be met and any reply brief could not be timely filed and cannot now be allowed to further delay this matter and present additional argument shortly before the hearing scheduled on the Defendants' Motion for Partial Judgment on the Pleadings.

Defendants have not only disregarded the notice and deadlines set forth by this Court and presented no evidence explaining their lack of diligence, Defendants' further inappropriately argue the points raised in the Reply brief in the Motion for Leave to File same. Such tactics must not stand and this Court must deny Defendants' Motion. See Interstate Brands Corp. v. Lily Transp. Corp., 2002 WL 31681863 (D. Mass. 2002)(noting impermissible tactics in arguing merits in connection with issue of leave for reply). Defendant's Reply brief is filed approximately two (2) weeks after the deadline for same set by this Court and merely two (2) weeks before the hearing on this matter. Defendants have failed to present any justification or support for their lack of diligence and failure to properly follow the October 28, 2005 briefing schedule.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court deny Defendants' Motion for Leave, disregard the Reply brief filed with same and grant such other relief as is just and equitable.

Dated: December 1, 2005

Respectfully submitted,

**RICHARD MONAHAN**,

By his attorneys,

_____/s/ Doreen M. Zankowski_____

Doreen M. Zankowski (BBO #558381)
Jeremy Blackowicz (BBO #650945)
Hinckley, Allen & Snyder LLP
28 State Street, 29th Floor
Boston, Massachusetts 02109-1775
Tel: (617) 345-9000