UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MONAHAN )<br>    Plaintiff )<br>v. )<br> )<br>TOWN OF SALISBURY, and RICHARD )<br>A. WHALEY, IORA ALEXANDER, )<br>KEVIN AVERY, PATRICIA FOWLER )<br>DAVID HOLSCHER, THOMAS HUGHES )<br>And JANE PURINTON, as they are the )<br>CONSERVATION COMMISSION OF )<br>THE TOWN OF SALISBURY )<br>    Defendants ) | Civil Action No. 05-10649WGY |

## ASSENTED-TO MOTION TO MODIFY SCHEDULING ORDER

Now come the Plaintiff with Defendants' assent and hereby moves this Court to modify its Scheduling Order as modified and entered on October 7, 2005. The grounds for this Motion are that the parties are in the process of compiling and completing written discovery and depositions and have been engaging in settlement discussion. The parties have agreed that due to holiday and long-standing travel plans, more time is necessary to complete discovery. Accordingly, the parties move this Court to extend the deadlines set forth in the Scheduling Order as follows:

    1.    All previously propounded written discovery shall be completed on or before January 13, 2006;

    2.    All previously noticed Depositions shall be completed on or before January 30, 2006;

3. No changes as to any of the other agreed/entered dates of the Joint Scheduling Statement shall be modified or amended as a result of the extension of discovery deadlines.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Motion be ALLOWED:

Dated: January 11, 2005

PLAINTIFF RICHARD MONAHAN

By his attorneys,

/s/ Doreen M. Zankowski
Doreen M. Zankowski, BBO #558381
Jeremy Blackowicz, BBO #650945
HINCKLEY, ALLEN & SNYDER, LLP
28 State Street
Boston, MA 02109
(617) 345-9000

ASSENTED TO

DEFENDANT TOWN OF SALISBURY and the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY

By their attorneys,

/s/ Katharine Goree Doyle
Kathleen E. Connelly, BBO #558706
Katharine Goree Doyle, BBO #634131
KOPELMAN & PAIGE, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007