UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MONAHAN )<br>    Plaintiff )<br>v. )<br>)<br>TOWN OF SALISBURY, and RICHARD )<br>A. WHALEY, IORA ALEXANDER, )<br>KEVIN AVERY, PATRICIA FOWLER )<br>DAVID HOLSCHER, THOMAS HUGHES )<br>And JANE PURINTON, as they are the )<br>CONSERVATION COMMISSION OF )<br>THE TOWN OF SALISBURY )<br>    Defendants )<br>) | Civil Action No.  05-10649WGY |

## DEFENDANTS' JOINT MOTION TO MODIFY SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1

Now come the parties and respectfully request that the Court modify the scheduling order pursuant to L.R. 16.1 (G) to allow the parties require additional time to complete discovery. As grounds for this motion, the parties rely on the within Memorandum of Reasons.

### MEMORANDUM OF REASONS

Notwithstanding the previous motion filed by the plaintiffs, the parties request additional time to complete discovery as follows. As grounds therefor, the parties state the plaintiff is currently out-of-state and making a diligent effort to complete discovery, but requires additional time to complete his written discovery and reschedule his deposition. The parties therefore request that the Court permit them additional time as set forth below to permit the plaintiff to complete his written discovery and allow the parties to make meaningful expert disclosures. In order to do so, the parties request that the scheduling order be modified as follows:

Written Discovery Completed   January 23, 2006

Previously Noticed Depositions January 30, 2006

| | |
|---|---|
| Expert Reports | February 28, 2006 |
| Expert Depositions Completed | March 20, 2006 |
| Motions for Summary Judgment | April 5, 2006 |
| Reply | April 21, 2006 |
| Hearing | At the Court's discretion |
| Trial | June __, 2006 |

No dispositive motion shall be filed before the completion of discovery on March 20, 2006.

WHEREFORE, the parties respectfully request that the Court modify the scheduling order as set forth herein.

Dated: January 13, 2005

| PLAINTIFF RICHARD MONAHAN | DEFENDANT TOWN OF SALISBURY and the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ Doreen M. Zankowski<br>Doreen M. Zankowski, BBO #558381<br>Jeremy Blackowicz, BBO #650945<br>HINCKLEY, ALLEN & SNYDER, LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 345-9000 | /s/ Katharine Goree Doyle<br>Joseph L. Telnan, Jr., BBO #494020<br>Katharine Goree Doyle, BBO #634131<br>KOPELMAN & PAIGE, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |