UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

| | |
|---|---|
| RICHARD MONAHAN,<br><br>    Plaintiff<br>v.<br><br>TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,<br><br>    Defendants | CERTIFICATE OF COMPLIANCE<br>WITH LOCAL RULE 7.1 AND 37.1 |

Now comes the undersigned defense counsel, and hereby certifies that she conferred with plaintiff's counsel on January 27, 2006, February 1, 2006, February 6, 2006, and February 22, 2006 in good faith with regard to the Defendants' Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents.

DEFENDANTS,

By their attorneys,

/s/Katharine I. Doyle
Kathleen E. Connolly (BBO# 558706)
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007

276155/Sali/0147