UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

RICHARD MONAHAN,

    Plaintiff

v.

TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,

    Defendants

DEFENDANTS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

Now come the defendants and hereby move, pursuant to Fed.R.Civ.P. Rule 37(a) and L.R. 7.1(B) for an order compelling the plaintiff, Richard Monahan, to respond to duly propounded interrogatories and requests for production of documents. The Defendant further seeks an award of expenses, including reasonable attorneys' fees, in having to bring this motion, pursuant to Fed.R.Civ.P. Rule 37(a)(4). As grounds therefor, the Defendants rely upon the attached Memorandum of Reasons.

DEFENDANTS,

By their attorneys,

/s/Katharine I. Doyle
Kathleen E. Connolly (BBO# 558706)
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007

274610/Sali/0147