UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

| | |
|---|---|
| RICHARD MONAHAN,<br><br>    Plaintiff<br>v.<br><br>TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,<br><br>    Defendants | LOCAL RULE 7.1<br>CERTIFICATE OF CONFERRAL |

    Now comes the undersigned defense counsel, and hereby certifies that she conferred with plaintiff's counsel by email sent on May 17, 2006 in good faith with regard to the Defendants' Motion to Continue Pre-trial Conference and received an assent on May 23, 2006.

DEFENDANTS,

By their attorneys,

/s/Katharine I. Doyle
Kathleen E. Connolly (BBO# 558706)
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007

CERTIFICATE OF SERVICE

    I, Katharine I. Doyle, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Katharine I. Doyle

283027/SALI/0147