UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

RICHARD MONAHAN,

    Plaintiff

v.

TOWN OF SALISBURY, and RICHARD A. WHALEY, IORA ALEXANDER, KEVIN AVERY, PATRICIA FOWLER, DAVID HOLSCHER, THOMAS HUGHES, and JANE PURINTON, as they are the CONSERVATION COMMISSION OF THE TOWN OF SALISBURY,

    Defendants

DEFENDANTS' ASSENTED TO MOTION TO CONTINUE FINAL PRE-TRIAL CONFERENCE

        Now come the defendants, with the assent of the plaintiff, and hereby move to continue the final pre-trial conference. As grounds therefor, the defendants state that trial counsel, Attorney Katharine Doyle, will be commencing a trial in Essex Superior Court on that date and will be unable to attend the pre-trial conference. Furthermore, the parties have negotiated a settlement of the above-captioned matter and the plaintiff is in the process of appearing before the Town of Salisbury Conservation Commission with a new plan regarding the subject property. The defendants further rely upon the Memorandum of Reasons filed contemporaneously herewith.

WHEREFORE, the defendants respectfully request that the pre-trial conference in this matter be continued for at least thirty days to allow trial counsel to appear on behalf of the defendants and to provide the parties an opportunity to conclude their effort to find alternative resolution to the litigation.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| RICHARD MONAHAN, | |
| By his attorney, | By their attorneys, |
| /s/Doreen M. Zankowski | /s/Katharine I. Doyle |
| Doreen M. Zankowski (BBO#558381) | Kathleen E. Connolly (BBO# 558706) |
| Jeremy Blackowicz (BBO#650945) | Katharine I. Doyle (BBO# 634131) |
| Hinckley, Allen & Snyder, LLP | Kopelman and Paige, P.C. |
| 28 State Street | Town Counsel |
| Boston, MA  02109 | 101 Arch Street |
| (617) 345-9000 | 12th Floor |
| | Boston, MA 02110-1109 |
| | (617) 556-0007 |

## CERTIFICATE OF SERVICE

I, Katharine I. Doyle, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Katharine I. Doyle

283016/SALI/0147