UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10649-WGY

RICHARD MONAHAN,

      Plaintiff

v.

TOWN OF SALISBURY, and RICHARD A.
WHALEY, IORA ALEXANDER, KEVIN
AVERY, PATRICIA FOWLER, DAVID
HOLSCHER, THOMAS HUGHES, and JANE
PURINTON, as they are the
CONSERVATION COMMISSION OF THE
TOWN OF SALISBURY,

      Defendants

MEMORANDUM OF REASONS
IN SUPPORT OF DEFENDANTS'
ASSENTED TO MOTION TO
CONTINUE FINAL PRE-TRIAL
CONFERENCE

The defendants, with the assent of the Plaintiff, have moved to continue the final pre-trial conference in the above-captioned matter, which is currently scheduled for June 12, 2006.

Attorney Katharine Doyle, who will be trial counsel, will be commencing a trial in the matter of Nissenbaum, et al. v. Town of Boxford, et al, ESCV1999-01247 in Essex Superior Court (Lawrence) on that date, and will be unavailable to attend the pre-trial conference. Furthermore, as defense counsel indicated to the Court Clerk in a telephone conversation on or about May 16, 2006, the parties have negotiated a tentative settlement which requires the plaintiff to submit plans to the Conservation Commission for approval, and, if such approval is forthcoming, take certain action on the subject property that will resolve the dispute between the parties. The hearing was first scheduled before the Conservation Commission on May 3, 2006, but had to be continued due to an unexpected lack of quorum. The hearing was continued to May 17, 2006, but the plaintiff required another continuance to the next available hearing on June 7, 2006.

The defendants further note that the Court's order states that the parties must be prepared for trial on or after June 5, 2006. As stated previously, the next hearing before the Conservation Commission is scheduled for June 7, 2006. The parties have expended considerable effort to pursue alternative resolution to this litigation and believe that such resolution may be had if the Court would afford the parties more time to achieve it.

WHEREFORE, the defendants with the assent of the plaintiffs, respectfully request that the pre-trial conference be continued at least thirty days[1] due to the unavailability of trial counsel on June 12, 2006 and to permit the parties an opportunity to complete the pursuit of an alternative resolution of this matter.

DEFENDANTS,

By their attorneys,

/s/Katharine I. Doyle
Kathleen E. Connolly (BBO# 558706)
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007

CERTIFICATE OF SERVICE

I, Katharine I. Doyle, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Katharine I. Doyle

283022/SALI/0147

---

[1] The defendants note, for the purposes of the Court's schedule in the event the Motion to Continue is allowed, that trial counsel will be on a pre-paid vacation from July 10-21, 2006.